**Order entered August 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00933-CV

## FLUOR CORPORATION, ET AL., Appellants

## V.

## E.D.G.M., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15978**

## ORDER

Before the Court is appellants' August 5th unopposed motion for an extension of time to file their petition for permissive appeal of the trial court's July 12, 2019 order denying their motion to strike a petition in intervention. We **GRANT** the motion. The petition for permissive appeal filed on August 5th is deemed timely.

/s/     BILL WHITEHILL
        JUSTICE